IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| **MICHAEL DUGGAN,** | ) | Case No. 11-16332-WV |
| | ) | Chapter 7 |
| Debtor, | ) | |
| | | |
| **MICHAEL DUGGAN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. No. 12-01022 |
| | ) | |
| **AMERICAN EDUCATION SERVICES,** | ) | |
| **CHASE BANK, NATIONAL COLLEGIATE,** | ) | |
| **NCT, and OK STUDENT LOAN AUTHORITY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JOINT STIPULATION OF DISMISSAL

COMES NOW, Plaintiff and Defendants, JPMorgan Chase Bank, N.A. through attorney of record, John W. Mee III, National Collegiate, through attorney of record, Roger D. Everett, OSRHE and Oklahoma State Regents for Higher Education, through attorney of record, David B. Harting, and hereby all stipulate and agree pursuant to Rule 7041 (a) that this action is dismissed.

Date: September 20, 2012.

        Respectfully submitted,

        *s/ Lyle R. Nelson*
        Lyle R. Nelson, OBA #10914
        Elisabeth D. Brown, OBA #30503
        Elias, Books, Brown & Nelson, P.C.
        Two Leadership Square South
        211 N. Robinson, Suite 1300
        Oklahoma City, OK  73102
        (405) 232-4021 phone/ (405) 232-3746 fax
        lyle@lylenelsonlaw.com
        ATTORNEYS FOR PLAINTIFF

*/s/ John W. Mee III*
John W. Mee III, OBA # 013915
Mee Mee Hoge & Epperson PLLP
1900 NW Expressway, Suite 1400
Oklahoma City, OK 73118
Telephone: (405) 848-9100
Facsimile:   (405) 848-9101
jwm3@meehoge.com
ATTORNEY FOR JP MORGAN
CHASE BANK


*/s/ Roger D. Everett*
Roger D. Everett, OBA # 2788
Everett, P.C.
508 W. Vandament, Suite 300
Yukon, Oklahoma 73099
(405) 350-0990 Phone
(405) 354-2834 Fax
rdelaw@juno.com
ATTORNEY FOR NATIONAL COLLEGIATE


*/s/ David B. Harting*
David B. Harting, OBA # 18191
Oklahoma State Regents for Higher Education
Post Office Box 3000
Oklahoma City, Oklahoma 73101-3000
Telephone: (405) 225-9289
Facsimile:  (405) 225-9340
dharting@osrhe.edu
ATTORNEY FOR OKLAHOMA STATE
REGENTS FOR HIGHER EDUCATION

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 20th day of September, 2012, a true and correct copy of the Dismissal was electronically served upon the following using the Court's CM/ECF system:

U.S. Trustee
Robert D. Garrett, Chapter 7 Trustee
Attorney Elisabeth D. Brown
Attorney Roger D. Everett
Attorney David B. Harting
Attorney John W. Mee

      Further, I certify that on the 20th day of September, 2012, a true and correct copy of the Dismissal was forwarded via U.S. Mail, first class postage prepaid and properly addressed to the following at the addresses shown below:

NCT
PO Box 8183
Harrisburg, PA 17105

OK Student Loan Authority
PO Box 18145
Oklahoma City, OK 73154

                                            *s/ Lyle R. Nelson*
                                            Lyle R. Nelson